COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com)
DARCIE A. TILLY (239715) (dtilly@cooley.com)
JON F. CIESLAK (268951) (jcieslak@cooley.com)
NEAL R. GIBEAULT (299730) (ngibeault@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants LEGALZOOM.COM, INC., BRIAN P. Y. LIU, EDWARD RICHARD HARTMAN, BRIAN S. LEE and Specially Appearing Defendant LEGALZOOM LEGAL SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEGALZOOM.COM, INC., et al.,<br><br>Defendants. | Case No.  5:17-cv-07194-NC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

RECITALS

WHEREAS, plaintiffs LegalForce RAPC Worldwide, P.C., LegalForce Inc., and Raj V. Abhyanker ("Plaintiffs") initiated the instant action by filing a complaint on December 19, 2017.

WHEREAS, counsel for Plaintiffs emailed a copy of the summons and complaint to defendants LegalZoom.com, Inc., Brian P. Y. Liu, Edward Richard Hartman, Brian S. Lee and specially appearing defendant LegalZoom Legal Services Ltd. (collectively, "LegalZoom Defendants") on December 19, 2017.

WHEREAS, LegalZoom Defendants agreed to accept service of summons and the complaint via email so long as Plaintiffs agreed that the deadline for LegalZoom Defendants to respond to the complaint shall be February 20, 2018.

WHEREAS, Plaintiffs filed a First Amended Complaint ("FAC") on January 2, 2018.

WHEREAS, the below signed counsel agreed to accept email service of the FAC so long as Plaintiffs agreed that the deadline for LegalZoom Defendants to respond to the FAC shall be February 20, 2018.

WHEREAS, this stipulation shall not be deemed a waiver of any rights or defenses by any party, including, but not limited to, the right of any LegalZoom Defendant to raise jurisdiction issues or to file any motions to dismiss or motions, the right to object to any discovery requests on any grounds, and this stipulation shall in no way constitute an appearance for the purpose of personal jurisdiction over any party.

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the parties, through their respective counsel that LegalZoom Defendants' deadline to respond to the FAC shall be February 20, 2018.

Dated:     January 10, 2018            COOLEY LLP

*s/ Michelle C. Doolin*
Michelle C. Doolin (179445)
Attorneys for Defendants LEGALZOOM.COM, INC., BRIAN P. Y. LIU, EDWARD RICHARD HARTMAN, BRIAN S. LEE and Specially Appearing Defendant LEGALZOOM LEGAL SERVICES, LTD.

Dated:     January 10, 2018            LEGALFORCE RAPC WORLDWIDE P.C.

*s/ Raj V. Abhyanker*
Raj V. Abhyanker (233284)
Attorneys for Plaintiffs LEGALFORCE RAPC WORLDWIDE, P.C., LEGALFORCE INC., and RAJ V. ABHYANKER

**Attestation of Consent to File**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories listed above.

*s/ Michelle C. Doolin*
Michelle C. Doolin (179445)