**RAJ V. ABHYANKER**, California SBN 233,284
raj@legalforcelaw.com

**LEGALFORCE RAPC WORLDWIDE**
1580 W. El Camino Real, Suite 10
Mountain View, California 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Plaintiffs,
LegalForce RAPC Worldwide, P.C.,
LegalForce Inc., and Raj V. Abhyanker

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

UNLIMITED JURISDICTION

| | |
|---|---|
| 1. LEGALFORCE RAPC WORLDWIDE, P.C.;<br>2. LEGALFORCE INC.; and<br>3. RAJ V. ABHYANKER,<br><br>Plaintiffs,<br><br>v.<br><br>1. LEGALZOOM.COM, INC.; and<br>2. UNITED STATES PATENT & TRADEMARK OFFICE.<br><br>  Defendants;<br><br>  AND DOES 1-50. | Case No. 3:17-cv-07194-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANT :**<br><br>1. THE STATE BAR OF CALIFORNIA.<br><br><br>Hon. Maxine M. Chesney<br><br>**Unlimited Civil Jurisdiction**<br><br>**JURY TRIAL DEMANDED** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

1. Plaintiffs seek to dismiss now for the sake of judicial economy and judicial efficiency while recently retained counsel (as described in Declaration of Case 3:17-cv-07194-MMC, Document 62-1, Filed **February 21, 2018**) further evaluate for a proposed Second Amended Complaint to be proposed by **April 2, 2018**.

2. I am the counsel for all Plaintiffs in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs voluntarily dismiss:

a.  The State Bar of California.

3.  Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Respectfully submitted this **Thursday March 1, 2018**.

LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj V. Abhyanker
Raj V. Abhyanker
California State Bar No. 233,284
Attorney for Plaintiffs:
LegalForce RAPC Worldwide, P.C.,
LegalForce, Inc., and
Raj V. Abhyanker

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        ___/s/ Raj Abhyanker_____
        Raj V. Abhyanker
        California State Bar No. 233,284
        Attorney for Plaintiffs:
        LegalForce RAPC Worldwide, P.C.,
        LegalForce, Inc., and
        Raj V. Abhyanker