UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12:

| | |
|---|---|
| **C 17-7194 MMC** | LegalForce RAPC Worldwide, P.C., et al. v. LegalZoom.com, Inc., et al. |
| **C 17-7303 LHK** | LegalForce RAPC Worldwide, P.C. et al v. Trademark Engine LLC, et al. |
| **C 17-7318 BLF** | LegalForce RAPC Worldwide, P.C. et al v. TTC Business Solutions, LLC, et al. |
| **C 17-7331 BLF** | LegalForce RAPC Worldwide, P.C., et al v. FileMy LLC, et al. |
| **C 17-7354 BLF** | LegalForce RAPC Worldwide, P.C., et al. v. Trademarks Information International LLC, et al. |
| **C 18-0043 BLF** | LegalForce RAPC Worldwide, P.C. et al v. DeMassa |
| **C 18-0127 HRL** | LegalForce RAPC Worldwide, P.C. et al v. Cheie, et al. |
| **C 18-0142 HRL** | LegalForce RAPC Worldwide, P.C. et al v. MyCorporation Business Services, Inc., et al. |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed actions to the undersigned. The parties are instructed that all future filings in the later-filed actions are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned cases will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearances in court, which will be rescheduled by the undersigned.

**DATED**: April 9, 2018

_____
MAXINE M. CHESNEY
United States District Judge