RAJ V. ABHYANKER, California SBN 233,284
Email: raj@legalforcelaw.com
WENSHENG MA, California SBN 299,961
Email: vincent@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:   (650) 965-8731
Facsimile:   (650) 989-2131

Attorneys for Plaintiffs,
LegalForce RAPC Worldwide, P.C., and
LegalForce, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.; and<br>LEGALFORCE, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>LEGALZOOM.COM, INC.;<br>UNITED STATES PATENT & TRADEMARK OFFICE; and DOES 1-50, INCLUSIVE,<br><br>            Defendants. | Case No.: 3:17-CV-07194-MMC<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT UNITED STATES PATENT AND TRADEMARK OFFICE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:       May 11, 2018<br>Time:      9:00 AM<br>Dept.:      Courtroom 7<br>Judge:     Honorable Maxine M. Chesney |

On April 4, 2018, Defendant United States Patent and Trademark Office ("USPTO") filed Motion To Dismiss First Amended Complaint ("Motion"), which is scheduled for hearing on May 11, 2018 (ECF 96). Since Plaintiffs' Motion For Leave to File Second Amended Complaint (ECF 84) is scheduled for hearing on April 27, 2018, for the sake of judicial efficiency and economy, and to relieve the court and parties from unnecessary motion practice, Plaintiffs hereby state, pursuant to Civil L.R. 7-3(b), that they do not oppose the Motion by USPTO.

Respectfully submitted this Tuesday, April 17, 2018.

LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj V. Abhyanker
Raj V. Abhyanker
California State Bar No. 233284
Attorney for Plaintiffs:
LegalForce RAPC Worldwide, P.C., and
LegalForce, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). For any parties who do not have counsel registered in the NEF, if any, the documents will be mailed by U.S. Mail.

DATED: April 17, 2018

                                            /s/ Raj V. Abhyanker_____
                                            Raj V. Abhyanker
                                            California State Bar No. 233284
                                            Attorney for Plaintiffs:
                                            LegalForce RAPC Worldwide, P.C., and
                                            LegalForce, Inc.

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT UNITED STATES
PATENT AND TRADEMARK OFFICE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO.: 3:17-CV-07194-MMC