IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEGALZOOM.COM, INC., et al.,<br><br>Defendants. | Case No. 17-cv-07194-MMC<br><br>**ORDER GRANTING UNITED STATES PATENT AND TRADEMARK OFFICE'S MOTION TO DISMISS; VACATING HEARING**<br><br>Re: Dkt. No. 96 |

Before the Court is defendant United States Trademark and Patent Office's ("USPTO") Motion to Dismiss, filed April 4, 2018, by which the USPTO seeks dismissal of the First Cause of Action, the sole remaining claim alleged against said defendant in plaintiffs' First Amended Complaint. In response thereto, plaintiffs have filed a Statement of Non-Opposition.

Accordingly, the USPTO's motion is hereby GRANTED, and the First Cause of Action, to the extent alleged against the USPTO, is hereby DISMISSED.[1]

**IT IS SO ORDERED.**

Dated: April 30, 2018

MAXINE M. CHESNEY
United States District Judge

---

[1] In light of the above ruling, the hearing scheduled for May 11, 2018, is hereby VACATED.