COOLEY LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com)
DARCIE A. TILLY (239715) (dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant LEGALZOOM.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>LEGALZOOM.COM, INC.,<br><br>              Defendant. | Case No.  3:17-cv-07194-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LEGALZOOM.COM, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:       July 20, 2018<br>Time:       9:00 AM<br>Judge:      Hon. Maxine M. Chesney<br>Location:   Courtroom 7 |

Having considered Defendant LegalZoom.com, Inc.'s ("LegalZoom") Motion to Dismiss the Second Amended Complaint ("Motion"), the papers filed in support of and in opposition to the Motion, and arguments by counsel, the Court hereby GRANTS the Motion. Plaintiffs' Second Amended Complaint does not comply with Federal Rules of Civil Procedure 9(b), 12(b)(6), and 12(b)(1), and fails to state a claim that satisfies the pleading standards of *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

THEREFORE, IT IS ORDERED that LegalZoom's Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims against LegalZoom are DISMISSED WITH PREJUDICE because amendment would be futile.

**IT IS SO ORDERED.**

Dated: _____, 2018        _____

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW

1

**[PROPOSED] ORDER GRANTING LEGALZOOM'S
MOTION TO DISMISS THE SAC
3:17-CV-07194-MMC**