IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LEGALZOOM.COM, INC.,<br><br>    Defendant. | Case No. 17-cv-07194-MMC<br><br>**ORDER DENYING AS PREMATURE PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; AFFORDING PLAINTIFF LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

      Before the Court is plaintiff LegalForce, Inc.'s ("LegalForce") "Motion for Leave to File Third Amended Complaint" ("Motion for Leave"), filed May 18, 2018.  Defendant LegalZoom.com, Inc. ("LegalZoom") has filed opposition, to which LegalForce has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court hereby VACATES the hearing scheduled for July 20, 2018, and rules as follows.

      By order filed April 10, 2018, the Court dismissed with leave to amend each of the four claims alleged by LegalForce in the then-operative complaint, the First Amended Complaint ("FAC").  On May 17, 2018, LegalForce filed a Second Amended Complaint ("SAC"), in which it amended three of the four claims that had been alleged in the FAC, and, on May 31, 2018, LegalZoom filed a Motion to Dismiss the SAC.  In the interim, LegalForce filed its Motion for Leave, by which it seeks leave to file a Third Amended Complaint ("Proposed TAC") comprising the three claims alleged in the SAC along with six claims not previously asserted in the above-titled action.  Thereafter, on June 14, 2018, LegalForce, in response to the Motion to Dismiss, filed a "Statement of Non-Opposition."

1  In its Statement of Non-Opposition, LegalForce proposes a procedure for resolving
2  the parties' respective motions.  In particular, LegalForce asserts, the Proposed TAC
3  "encompasses all the facts and claims alleged in the [SAC]," and, consequently, "[f]or the
4  sake of judicial economy, [it] would like to focus only on the [Proposed TAC]."  (See Pl.'s
5  Statement at 2.)  The Court, however, finds LegalForce's preferred procedure will not
6  serve the interests of judicial economy, as it will unnecessarily prolong the pleading
7  stage.
8  Accordingly, to facilitate the orderly resolution of the issues presented, the Court
9  hereby DENIES as premature LegalForce's Motion for Leave, and hereby affords
10 LegalForce leave to file, no later than June 29, 2018, opposition to the Motion to Dismiss.
11 If LegalForce chooses to avail itself of such opportunity, LegalZoom shall file its reply no
12 later than July 6, 2018.
13 **IT IS SO ORDERED.**

15 Dated: June 20, 2018

MAXINE M. CHESNEY
United States District Judge