IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LEGALZOOM.COM, INC.,<br><br>    Defendant. | Case No. 17-cv-07194-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; VACATING HEARING; CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

Before the Court is plaintiff LegalForce, Inc.'s Notice, filed July 9, 2018, "of Voluntary Dismissal of the Second Amended Complaint."

In light thereof, defendant LegalZoom.com, Inc.'s Motion, filed May 31, 2018, "to Dismiss Plaintiff's Second Amended Complaint" is hereby DENIED as moot, and the hearing scheduled for July 20, 2018, is VACATED.

Lastly, as set forth in the Notice, plaintiff LegalForce RAPC Worldwide P.C.'s claims against LegalZoom.com, Inc. remain stayed, pending arbitration. As all other claims against all other defendants have been dismissed, it is hereby ORDERED that the case is CLOSED for statistical purposes only. Said closure shall not be considered a dismissal or disposition of LegalForce RAPC Worldwide P.C.'s claims against LegalZoom.com, Inc.; should further proceedings become necessary herein, any party may initiate them in the same manner as if this order of closure had not been entered.

**IT IS SO ORDERED.**

Dated: July 10, 2018

MAXINE M. CHESNEY
United States District Judge