IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C, <br><br>Plaintiff, <br><br>v. <br><br>LEGALZOOM.COM, INC., <br><br>Defendant. | Case No. 17-cv-07194-MMC <br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S ADMINISTRATIVE MOTION REQUESTING DISMISSAL** <br><br>Re: Dkt. No. 146 |

Before the Court is plaintiff LegalForce RAPC Worldwide, P.C.'s Administrative Motion, filed September 17, 2018, "to Request that the Court Dismiss Case in View of Appeal." Defendant LegalZoom.com, Inc. has filed opposition.

Having read and considered the parties' respective submissions, the Court, for the reasons stated by defendant (see Def.'s Opp. at 1:9-26), finds the relief sought by plaintiff is not properly sought in a motion for administrative relief. See Civil L.R. 7-11 (providing party may file motion for administrative relief with respect to "administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order").

Accordingly, plaintiff's Administrative Motion is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: September 24, 2018

MAXINE M. CHESNEY
United States District Judge