IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C, <br><br> Plaintiff, <br><br> v. <br><br> LEGALZOOM.COM, INC., <br><br> Defendant. | Case No. 17-cv-07194-MMC <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY** <br><br> Re: Dkt. No. 154 |

Before the Court is plaintiff LegalForce RAPC Worldwide, P.C.'s "Motion to Lift Stay," filed May 7, 2019. Defendant LegalZoom.com, Inc. has filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, VACATES the hearing scheduled for September 6, 2019, and rules as follows.

For the reasons stated by defendant (see Def.'s Opp. at 1:8-21, 9:2-7, 9:17-11:9), the Court finds the motion is premature, as the arbitration proceeding remains pending. See Tillman v. Tillman, 825 F.3d 1069, 1074 (9th Cir. 2016) (holding, where party to arbitration asserts inability to pay arbitration fees, order lifting stay of court proceedings pending arbitration is "properly lift[ed]" only after arbitrator has "terminate[d]" arbitration for failure to pay required fees).[1]

---

[1] In light of this finding, the Court has not addressed defendant's alternative arguments.

Accordingly, plaintiff's motion is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: June 5, 2019

MAXINE M. CHESNEY
United States District Judge