United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C., | Case No.  17-cv-07194-MMC |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF LEGALFORCE RAPC WORLDWIDE, P.C.'S CLAIMS AGAINST LEGALZOOM.COM, INC.** |
| v. | |
| LEGALZOOM.COM, INC., | |
| Defendant. | |

Plaintiff LegalForce RAPC Worldwide, P.C. and defendant LegalZoom.com, Inc having placed a confidential settlement on the record before Magistrate Judge Joseph C. Spero, and having consented, pursuant to 28 U.S.C. § 636(c), to Magistrate Judge Spero's retaining jurisdiction for the purposes of enforcing the settlement to the extent set forth on the record,

IT IS HEREBY ORDERED that LegalForce RAPC Worldwide, P.C.'s claims against LegalZoom.com, Inc. be dismissed without prejudice, provided, however, that if any of said parties certifies to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated.[1]

**IT IS SO ORDERED.**

Dated: October 4, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1]Nothing herein is intended to preclude plaintiff from subsequently filing a notice of dismissal with prejudice.